ILC 3

E-FILED
Tuesday, 30 August, 2005 06:31:52 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

THIS DOCUMENT RELATES TO:                CIVIL ACTION NO. MDL 875

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| All Cascino Vaughan Law Office Cases on Attached Exhibit A | Case No. See Exhibit A |
| VS. | |
| METROPOLITAN LIFE INSURANCE COMPANY, ET AL. | |
| Defendants. | |

### STIPULATION FOR DISMISSAL

Now come the Plaintiffs, by their attorneys Cascino Vaughan Law Offices, LTD., and Defendant, METROPOLITAN LIFE INSURANCE COMPANY, by its attorneys, Wildman Harrold Allen & Dixon LLP, and hereby stipulate and agree that the above-styled causes will be dismissed with prejudice, as to Metropolitan Life Insurance Company only, each party to pay its respective costs of suit.

Entered this _____ day of _____, 2005

CASCINO VAUGHAN                    WILDMAN HARROLD ALLEN
LAW OFFICES, LTD.                  & DIXON, LLP.

By: _____      By: _____
    Michael Cascino                    Jennifer Johnson
    220 S. Ashland Avenue               225 W. Wacker Dr.
    Chicago, IL 60607                   Chicago, IL 60606-1229
    (312) 944-0600                      (312) 201-2000
    ATTORNEYS FOR PLAINTIFFS            ATTORNEYS FOR METROPOLITAN
                                        LIFE INSURANCE COMPANY

So Ordered
Charles R. Weiner
7/28/2005

Friday, May 27, 2005 — **EXHIBIT A** — Page 1

| Last | First | SSN | Case# | FilingState | St/Fed | Circuit/Dist | Division |
|---|---|---|---|---|---|---|---|
| Audo | Anthony J. | xxxxxxxxxxx | 99-3158 | IL | F | CENTRAL | SPRINGFIELD |
| Bushong | Ronald P. | xxxxxxxxxxx | 01-3031 | IL | F | CENTRAL | SPRINGFIELD |
| Cox | Charles W., Sr. | xxxxxxxxxxx | 00-3005 | IL | F | CENTRAL | SPRINGFIELD |
| Davis | Donald | xxxxxxxxxxx | 94-3195 | IL | F | CENTRAL | SPRINGFIELD |
| Gulotta | Jake | xxxxxxxxxxx | 94-03153 | IL | F | CENTRAL | SPRINGFIELD |
| Kruse | Patrick B. | xxxxxxxxxxx | 00-CV-3110 | IL | F | CENTRAL | SPRINGFIELD |
| Lacost | Larry | xxxxxxxxxxx | 94-2245 | IL | F | CENTRAL | SPRINGFIELD |
| Moore | George E. | xxxxxxxxxxx | 00 3332 | IL | F | CENTRAL | SPRINGFIELD |
| Morthole | Edward J. | xxxxxxxxxxx | 00-3296 | IL | F | CENTRAL | SPRINGFIELD |
| Nettleton | Jerry | xxxxxxxxxxx | 95-3063 | IL | F | CENTRAL | SPRINGFIELD |
| Osmoe | Jerome A., Sr. | xxxxxxxxxxx | 99-3227 | IL | F | CENTRAL | SPRINGFIELD |
| Rochau | Harley | xxxxxxxxxxx | 95-3064 | IL | F | CENTRAL | SPRINGFIELD |
| Schulte | Hilbert L. | xxxxxxxxxxx | 99-3152 | IL | F | CENTRAL | SPRINGFIELD |
| Van Cleave | Rolland L. | xxxxxxxxxxx | 00 3333 | IL | F | CENTRAL | SPRINGFIELD |
| Walker | Raymond | xxxxxxxxxx | 93-3160 | IL | F | CENTRAL | SPRINGFIELD |
| Werner | George | | 94-3087 | IL | F | CENTRAL | SPRINGFIELD |
| Steele | Phillip | | 91C03336 | IL | F | CENTRAL | SPRINGFIELD |



EXHIBIT A