**E-FILED**
Monday, 27 March, 2006  04:26:40 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

IN RE:  ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

THIS DOCUMENT RELATES TO:                    CIVIL ACTION NO. MDL 875

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

All Cascino Vaughan Law Office
Cases on Attached Exhibit A

    Plaintiff,

    v.                                              Case No.: See Exhibit A (# cases)

Various Defendants

    Defendants.

## MOTION FOR VOLUNTARY DISMISSAL

NOW COMES the plaintiff, by their attorneys, Cascino Vaughan Law Offices, Ltd., and moves this Honorable Court to enter dismissals for the attached cases.

Date: 3/27/06

By: _____
    Attorney for Plaintiff

Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago, IL 60607
(312)-944-0600

Central District of Illinois Springfield Division

| Name | Case# |
|---|---|
| Boudreau Marcel L | 93-1385 |
| Davis Donald D Sr | 94-3195 |
| Grammer James M | 91CV03337 |
| Heck Raymond R Sr | 94-3316 |
| Laughlin Dwight L Sr | 94-3292 |
| Walker Raymond G | 93-3160 |
| Werner George J | 94-3087 |



EXHIBIT A